IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEAMBER JATRELL MOORE, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC et al., <br><br> Defendants. | Civil Action No. <br> 1:24-cv-03990-VMC |

**ORDER**

This matter is before the Court on the Final Report and Recommendation by Magistrate Judge J. Clay Fuller ("R&R," Doc. 24). Plaintiff has filed Notices of Settlement as to each of the defendants in this action. (Docs. 19, 21–23). As a result, the R&R recommends this action be dismissed, with prejudice, subject to the right of any party to reopen this case within 60 days from the date of entry of an Order adopting the recommendation if settlement is not consummated. No one objects.

Under 28 U.S.C. § 636(b)(1)(B), a district court may "designate a magistrate judge . . . to submit to a judge of the court proposed findings of fact and recommendations for the disposition, by a judge of the court, of any [dispositive] motion," including a motion to dismiss for failure to state a claim. A district judge has a duty to conduct a "careful and complete" review of a magistrate judge's report and recommendation. *Williams v. Wainwright*, 681 F.2d 732, 732 (11th Cir.

1982) (per curiam) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 408 (5th Cir. Unit B 1982)).

If no party files a timely objection to the report and recommendation, the Court reviews the magistrate judge's findings for clear error. *See Lawrence v. Governor of Georgia*, 721 F. App'x 862, 864 (11th Cir. 2018) ("district court reviewed the magistrate judge's findings for clear error, as [plaintiffs] had failed to object to the R & R"); *see also Tauber v. Barnhart*, 438 F. Supp. 2d 1366, 1373–74 (N.D. Ga. 2006). "Clear error review asks if, 'after viewing all the evidence, [the Court is] left with the definite and firm conviction that a mistake has been committed.'" *Anderson v. Dunbar Armored, Inc.*, 678 F. Supp. 2d 1280, 1289 (N.D. Ga. 2009) (quoting *HGI Assocs., Inc. v. Wetmore Printing Co.*, 427 F.3d 867, 873 (11th Cir. 2005)). The Court may then "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

The Court has reviewed the R&R for clear error and finds none. Accordingly, the Court will adopt the R&R in full.

**Conclusion**

It is therefore **ORDERED** that the Magistrate Judge's Final Report and Recommendation (Doc. 24) is **ADOPTED**. This action is **DISMISSED with prejudice**, subject to the right of any party to reopen the case within 60 days from the date of this Order if settlement is not consummated.

**SO ORDERED** this 28th day of January, 2025.

_____
Victoria Marie Calvert
United States District Judge